UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Judge McMahon

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                    :

       - v.-                              :        NOTICE OF INTENT TO
                                                      FILE AN INFORMATION
SUSAN HONEYCUTT,                             :

              Defendant.            :

- - - - - - - - - - - - - - - - - - x

      Please take notice that the United States Attorney's

Office will file an information upon the defendant's waiver of

indictment, pursuant to Rule 7(b) of the Federal Rules of

Criminal Procedure.

Dated:    New York, New York **08CRIM 818**
        August 21, 2008

                    MICHAEL J. GARCIA
                    United States Attorney

        By:       _____
                    GLEN KOPP
                    Assistant United States Attorney

                    AGREED AND CONSENTED TO:

        By:       _____
                    ROBERT GOTTLIEB
                    Attorney for Susan Honeycutt

USDNY
...NT
...ONICALLY FILED
...
DATE FILED: